UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JONATHAN TRIMBOLI,**

   Plaintiff,

v.                            **No. 4:24-cv-01156-P**

**FILMSUPPLY, LLC,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 20), this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **11th day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE